UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00118

**Miranda Wilt,**
*Plaintiff,*

v.

**Smith County Sheriff's Office et al.,**
*Defendants.*

# ORDER

Plaintiff, proceeding pro se, brought this action seeking redress under various state and federal statutes on behalf of herself and her minor child. Doc. 1. The case was referred to a magistrate judge. The magistrate judge issued a report recommending that plaintiff's claims asserted on her own behalf be dismissed with prejudice and that the claims asserted on behalf of plaintiff's minor child be dismissed without prejudice. Doc. 35 at 17. Plaintiff received the report but did not file objections. Doc. 36.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's claims asserted on her own behalf are dismissed with prejudice. Plaintiff's claims asserted on behalf of her minor child are dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on October 23, 2025.*

J. CAMPBELL BARKER
United States District Judge